Sullivan, R

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| David Pawlik, on Behalf of Himself and all Others Similarly Situated,<br><br>        Plaintiff,<br>v.<br><br>Yahoo!, Incorporated,<br>        Defendant. | Case No. 1:16-cv-09011-RJS |

NOTICE OF VOLUNTARY DISMISSAL
OF DEFENDANT YAHOO!, INCORPORATED

PLEASE TAKE NOTICE that Plaintiff David Pawlik hereby voluntarily dismisses without prejudice Defendant Yahoo!, Incorporated from this action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). Defendant has served neither an answer nor a motion for summary judgment.

Dated: December 27, 2016
White Plains, New York

                 FINKELSTEIN, BLANKINSHIP,
                 FREI-PEARSON & GARBER, LLP

               By: _____
                 Jeremiah Frei-Pearson
                 445 Hamilton Ave, Suite 605
                 White Plains, New York 10601
                 Tel: (914) 298-3281
                 Fax: (914) 824-1561
                 Jfrei-pearson@fbfglaw.com

               *Attorneys for Plaintiff*

**SO ORDERED:**

_____
U.S.D.J.  12/28/16

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/28/16